A Soccer

## Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
    a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
    a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
    b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
    c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
    d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
    a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
    b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
    c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

███████████

3/29/2007

From 1995 through 1997 my son, ███████ was sexually molested by my brother-in-law, ███████. This occurred in ███████, Texas when ███████ was between the ages of four and six years old. Another son, ███████ brother ███████ was also molested by ███████ during this same period, as was another child in our neighborhood. ███████ videotaped his sexual activities with these children and loaded them on the Internet, leading to his apprehension and state prosecution in ███████, Texas. ███████ received a sentence of three life terms plus sixty years' imprisonment for his crimes against the children.

My husband and I have learned that these images of our sons on the Internet will never go away and will continually be viewable in the future. As their mother, this situation has caused me to fear for my sons' emotional health and their abilities to trust adults. My son ███████ has many friends, but despite that both he and his brother seem to have difficulties forming close, real relationships. My fear with ███████ is that the damage done to him by his uncle will manifest itself at some future time in ███████ own relationships with women as he enters adulthood, because we saw evidence of this happening with his brother ███████ during his late teens. We also fear that ███████ may at some point develop an addiction or an otherwise unhealthy, extreme interest in pornography, which we are adamantly opposed to, and that he may then hide or suppress it rather than openly acknowledge it. We have seen this situation occur already with ███████ and I have counseled him regarding the images that my husband and I caught him viewing, that though of adults, are as exploitative and degrading as what was done to him. ███████ is struggling with this much more than a normal teenager would, and I fear that ███████ will face the same struggle. The sexual exploitation of ███████ at an earlier age than ███████ has caused me to go through life constantly worried about him and always in a potential "damage control" mode; every statement he makes now I examine for hidden meanings and I closely monitor his every action. I also have found myself reluctant to allow ███████ my own son, to care for his youngest brother ███████ because I fear based on ███████ experiences at the hands of his uncle something inappropriate might happen. I feel this way because ███████ with whom we have worked and counseled and done our best with since this situation occurred, may still deep down feel that what happened to him is somehow normal behavior to engage in with a younger relative. This is an open-ended and ongoing problem for my husband and me, because we will always have to live with it and will truly never know what ███████ future holds.

*3/29/2007*

███████████

Witness

*Sara*

## Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
   a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
   c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

Impact Statement for ██████████████████
Dated January 8, 2007

I am not sure if we will ever know the full impact this violation has or will have on ████ As she enters the world of womanhood, the only one who will know, will be ████ But what I do know is that, at one time, I could walk up to her and give a hug and get one in return. These days I hear, "Don't touch me", "I don't like being confined", and "Please don't". As a parent showing your child that you love them, should not be a hurtful experience or a constant reminder of something so ugly. Then again, ████ is reminded of her experience on a daily basis. For example, simply listening to the radio and the news reports of sex offenders. I see her through my rearview mirror, simply looking down or out the car window. Sometimes there are no words spoken, but on occasion I have heard statements like, "why do people have children if all they do is hurt them", "and they say we are better than animals, well animals don't do that". Statements like this I have no comment. What can I say? She is right.

I do know that the nightmares still continue. Some times at night, I hear her and through experience, have learned to leave her alone. This way I don't walk around for the next few days with a bruised cheek, all because I tried to comfort her. ████ to this day, still fights, kicks, and screams while sleeping. On an average, at least once a month. I know now, not to give her a kiss on the forehead when sleeping, just simply smile and pray for her to sleep peacefully. I also know, she sleeps with her bedroom door locked and is easily startled. I also know, in social groups, I watch ████████ body language change. Around a group of girls, comfortable, self-assured and confident. When talking to boys, she slouches, poor eye contact, and speaks very little. When her brothers have their friends over, she remains in her room for the most part. ████ is now ██ years old and yet to have a date.

We all have been affected by this violation. Financially, we were destroyed. Our joint savings account, gone. The children's savings account, gone. The joint checking account only had $7.94 left in it and I was only working part-time. We had to move from our home because of the neighbor's negative comments and inappropriate behavior. There are emotional scars that can not be healed. Prior to everything, my oldest Son, once was in the top 20 of his class, after having to relocate, his desire for school diminished. He now is ranked 421 out of 527 graduating students. He no longer desires sports, and does not have the same circle of friends he once did. Why? "I don't want to be like him".
My second oldest Son became very introverted. Stayed in his room, slept a lot, and did very little socializing with his peers. With in the past year he has finally started to socialize and has academically improved. My youngest Son stays over his one friends house so he can be with his "adopted Dad", so my son titled him.

The overall impact this violation has had, will have, on these children are countless. They have a lifetime sentence of emotional destruction that can not be reversed. No matter how hard I work, how hard I try to feed positive attitude, show emotional support, I will never be able to erase what has been done.

████████████████

Impact Statement for the ▉▉▉ Family
March 18, 2008

It has been ▉▉▉ years my daughter, ▉▉▉ case has been revealed. Since then, I have been informed on a monthly basis of accounts where someone is being charged for having poccession of her images that are on the internet. These images will never be erased from the internet and will never be erased from ▉▉▉ memory. The fact that someone says to view the images is a "non-victim" incident is obsurred. The individuals who view these images are only feeding the perpetrayer to continue creating and exchanging such images. Every time her image is viewed, she is a victim all over again. Why or how you ask. Because in a sick contourted way the individual who is viewing this, is taking pleasure in someone else's pain. By viewing this, the perpetrary is supplying the demand.

There fore making both parties involved, guilty.

For the past six years I have heard the same statement repeatedly. I quote "victimless crime". As I am before you today, I am here to dispute that statement on behalf of my daughter. With individuals, such as yourself, processing in-appropriate images of children, such as my daughter, you are fueling the in-appropriate actions of perpetrators to continue making such images. Did you ever hear of "Demand, and Supply". Unfortunately for my daughter, your need of "supply" became "demanded" of her being forced, and I use the word "force" to its fullest definition, to accommodate your desire to view such images. I am here before you to explain why "victim less" crime is an un-excusable statement. My daughter is of my biological make; she is part of me as much as I am a part of her. It is my blood and my genes that have created and today, flow through her. She has three brothers and they too are connected because of the same biological make. My daughter was the actual victim of the physical and mental abuse to create these images you and others desire to view. But my sons and I are victims due to the result of these images being displayed, traded, sold and/or downloaded via the modern technology of computers and inter-net. All of us have been "victims". Family members were de-associating themselves with us. "Victims" because our friends made rude comments and passed judgement on us as while we were stood on the school grounds. "Victims" because society as a whole has dismissed us with the attitude that we are less of equality than others. For example, one day while walking my daughter home from school, my next door neighbor stood on her front porch and I quote, "we know what kind of daughter you have now, don't we". Those words will forever burn in me and I will never forgive the individual who spoke them to us. Just as my oldest son, who is now 18 years old, had to deal with a so-called friend who found out the truth and made derogatory comments referencing his sister. We have been ostracized by society, dismissed by family members, and judged by friends, therefore we are "victims" in every sense of the word. To say it is a "victim-less" crime is absolutely absurd. These images will never be erased from the inter-net world, and every time she is viewed, she is re-victimized. The images in my daughter's memory bank, will never be erased either. Allow me to share. Saturday, March 22, 2008, I was awakened at 2:00 a.m. with my daughter screaming, thrashing and kicking. I could hear her yelling "stop, leave me alone". I wish words could describe the heaviness in my soul, how my heart was pounding because I could hear the panic and fear in her voice. How helpless I felt knowing that I couldn't help her and that the only thing I could do is pray for it to end and that she could rest peacefully. She re-lives it, I re-live it. We will forever be "victims".

*Resarena0*

## Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
   a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
   c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

To All Concerned;

I am writing this letter due to the fact that my son was the victim of an internet crime when he was approximately ▇ or ▇ years old. He is now almost sixteen years old and we just learned of this situation around a year ago.

The whole situation just makes me want to puke! It seems like every time I try to put it behind me it pops up again.

This is the kind of stuff that is always on the news, but as a parent you never think this is going to happen to my family. Well I am here to tell you that it does and can happen. Now we have to live with this the rest of our lives; knowing that there really are sick perverts like you in this world. No matter how much you want to protect your children there is no way possible to watch over them twenty four hours a day.

You deserve to rot in jail for the rest of your miserable life and not be in our society where our children are so innocent. He was a baby; my baby and you invaded his space and his privacy.

I really first thought that maybe some therapy would help you but personally I do not believe it will help you because I am sure you have been doing this for so long that you would still be doing it had you not got caught. I believe you are beyond help. I cannot even begin to imagine how many other children you have done this too.

How does one really overcome this when you know it is in cyberspace? I guess we will just live one day at a time and do a lot of praying. I hope by now that you have accepted God in to your life because you definitely need it.

I would really like to know how you would feel if this was your child and sick freaks like yourself were viewing your child. HOW WOULD YOU HONESTLY FEEL? YOU MAKE ME SICK TO MY STOMACH!!!!!!

I know these images will never leave cyberspace because once it is out there it is there for good, but my only hope is that someday it will slow down and stop being transferred around from computer to computer so much.

The mother of a child who you took his innocence away!!!!!

| Case Name: | US v. Stuart Whitta | Conviction Date: | 01/29/2016 |
|---|---|---|---|
| Docket#: | 1:16CR07 | Request Date: | 04/28/2016 |

NOAH0

## Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
   a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
   c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

TO:     United States District Court Judge

FROM:   ████████████████

RE:     Victim Impact Statements

DATE:   August 4, 2010

Your Honor, please consider our victim impact statements in any case involving images depicting the victimization of our child. We respectfully request that this cover letter not be publicly disclosed and that the name of our child or any other identifying information be prevented from public disclosure. Thank you.



I'm sorry it took so long to mail this to you, we should have typed and gone over it so I could not bring myself to go through it again. We hope you are well, thank you for all your work and for listening.

I have always thought I could protect my children. I warned them about strangers as well as safe and unsafe touches. I never thought I'd let a dangerous person have access to my home. I never thought my own nephew would hurt my child.

I feel extremely guilty because I trusted and loved [REDACTED] completely. I let him spend the night and treated him like one of my own. Since this experience I look at people differently. I no longer teach my children about strangers; instead I warn them about everyone.

Everyone hopes their child grows up and falls in love before they experience sex. I am so angry because what was supposed to be a loving, special event was taken from my son. [REDACTED] had no choice or say in what happened to him. Worse, it was used as the weapon to ensure his silence. The threat was made that if [REDACTED] told he'd be cut up and thrown in a lake so he'd never see me again. The threat was also made that if he told [REDACTED] would kill me first and then each family member as [REDACTED] watched. Then [REDACTED] would kill [REDACTED]. To the best of [REDACTED] memory the abuse started in the second grade. [REDACTED] was just a baby, carried a horrible burden to have carry in silence to protect us no one ... The love my son has for us kept him a victim.

The day the FBI agents came to our house changed my family forever. [REDACTED]

wouldn't go outside to play. He couldn't even
shut the bathroom door while bathing because
[redacted] panicked if we weren't in sight. He wouldn't
sleep in his sisters room or his own because those
rooms were the rooms [redacted] violated. We had
to throw away the furniture and buy new as
well as paint. Anything we could do to make
them safe again. We are still trying to complete
this process. [redacted] still won't sleep alone. For
the first six months we had to sleep on the couch
with him. He now sleeps in our room. We hope,
once the remodeling is complete he can feel safe
in his own room.

[redacted] and we have been in counseling
and were diagnosed with post traumatic stress.
We both have come a long way but life
will never be the same. Every time we think
about my baby boy being traded as a commodity
object makes me physically sick. We hate knowing
some pervert is looking at him. We're still worried
about some one seeing [redacted] and recognizing his
picture. We no longer feel safe. We're always on
guard because if someone does recognize him they
could try to kidnap him. We know [redacted] is safe
now but to live with this fear every day. [redacted]
doesn't know about the pictures, how will we ever
tell him, how will it impact him?

At the time the FBI agents showed up
with the information we hadn't even discussed
the details of normal life with [redacted], how can we
explain it? To second guess everything we say
or do because of the impact it may have on him.

How do we tell ████ that you don't hurt people you love and care about? How does that make sense when ████ is my sister's son and he supposedly loved us? This isn't what love is.

My entire family has been devastated, ████ mostly, ████ wasn't just my sister, she was my best friend. I watched ████ grow up, he's known ████ since ████ was born. My parents, ████ siblings and ████ have been hurt by his actions. We're afraid of what is to come for this family. A few of my nephews know but not many, when my adult nieces and nephews start asking questions what will they be told?

We want to hate ████ but we can't. We don't like the man he has become but my heart hurts for the little boy we use to know. To me ████ is two different people, the little boy we once loved who died and the man we loathe and do not know.

I'm going to do everything in my power to make sure ████ doesn't stay a victim, we tell him his strong, smart and brave. We also tell him by what he has told the FBI agents he has helped to protect other children who can't speak for themselves. ████ unfortunately is in some ways wise beyond his years. Even though his innocence was taken, the spark in his eyes is back. ████ is a remarkable little boy, through all of this he has maintained A B honor roll and has appointed himself protector of his little

sister.

We're risking the possibility of losing my sister by writing this. We hope she understands how much we love her but we have to stand up for my son. We also hope she knows that she's not to blame.

We have learned a few things as well. We learned no stranger can us straight, my marriage can survive anything. We also learned that a child can be braver than us all.

We can never express my gratitude enough for all the hard work of the FBI and other law enforcement agents. My son is not nameless, he is ██████ and he is the light of my life. Thanks to them we still have him.

███████████████████████

VICTIM FINANCIAL STATEMENT

A. Damages · *We've had to remodel two rooms but aren't completely done, so didn't keep receipts. No amount of money*
1. List property lost, destroyed, or damaged and its value. *Can replace what was taken.*
   This would include damage to your home, business or other
   real estate. You may also wish to include expenses for
   installing deadbolts, repairing locks, and/or any crime
   scene cleanup. *(Provide receipts of property's value stolen, repair bills, etc.)*

   _____ $_____

   _____ $_____

2. List medical expenses (attaching receipts, if possible)
   (You may want to include expenses for doctors, medications,
   hospital stays, physical or occupational therapy, counseling,
   medical supplies, wheelchair rental, glasses, hearing aids, etc.)

   _____ $_____

   _____ $_____

   If physically injured, have you applied for crimes
   compensation? _____; Will you be experiencing long
   term medical treatment? _____

3. List lost income or wages........................ $_____

4. List miscellaneous expenses (type and amount) including
   such things as child care during court appearances,
   transportation costs during the investigation,
   etc................................................. $_____

   TOTAL LOSS $_____

5. Reimbursement received (please attach receipts)

   1. Property insurance............................ $_____
   2. Medical insurance............................. $_____
   3. Crimes Compensation........................... $_____
   4. Other (list source and amount)............... $_____

   TOTAL REIMBURSEMENT $_____

I declare under penalty of law that the above information is true and correct.

## VICTIM IMPACT STATEMENT

What is your name? ██████████████████ _____

How old are you? ____██_____ What grade are you in? ██_____

Please write or draw anything you would like the Judge to know about how you feel because of what has happened to you and your family.

You may want to write about anything that has changed in your life or in your family.

You can even tell a story or write a poem if you would like.

You can add more paper if you run out of room.

It makes me mad and sad. It makes me mad at him but sad cause my parents have to suffer. The changes are when I am arond I feel weird. The other thang is his parents has to suffer. The other thang is my family

*Leopard Tight*

## Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
   a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
   c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

TO: Whom this may concern,

What has happened to me has affected my life dramatically. Everyday I get reminded of it, by hearing it on the news, and just knowing people like that out there scares me to death. It has made me more aware of my envirnment and the people around me knowing that some sick person is looking at me on the computer everyday in a way that no one should look at a kid makes me feel violated, it gives me the jeebers, and it makes me want to throw up. I don't think I would be as normal to day if it wasn't for my step-mom and father. My father is probably the most protective father in the united states. But im very thankful for that because its going to help me in my future. Inside im really hurt. I am a real person and im not speaking for just me, but for every kid out in the world. I would do anything to make sure that one less kid gets hurt. And I always will. ██████

## Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
   a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
   c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

### Victim Impact Statement

When you bring children into this world you are their soul protector. As a parent you strive to meet all the needs of your child so that they may blossom into productive and healthy adults. Along the way you put your trust in other people to help in the upbringing of your child. This was the case with me. I had a live in boyfriend. We planned to wed the summer that my home was raided by the ICE. It was also the summer that I found out that he molested my daughter, the summer that my children and I pack everything up and moved to another town, and the summer that our lives changed forever. My daughter and I live in constant fear that others will find out what has happened to her. We are both scarred for life. While I went to work my ex-boyfriend took pictures of my daughter, posted them on the Internet, and molested her. I can't even imagine what was and still is going through my daughter's mind, even after receiving two years of therapy. She will never be able to eraser the memories of the abuse, pain, and suffering that she received. She was tortured by the man that she only wanted to be her daddy. He abused her trust and mine. I will never forgive myself for this. I was the one that was supposed to take care of her and make sure she was safe. I failed my daughter and I will live with that regret for the rest of my years. To make matters worse once the pictures were posted on the Internet, they cannot be eliminated from others that have them or where ever he posted them. Even though this pedophile is in jail he is not the only one that is now serving a life sentence.

*Hawaiian Purple Current O*

## Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
   a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
   c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

### Series Disclaimer: ██████████

Current as of May 6, 2014

The parents of this victim have provided more than one victim impact statement. Attached here is the most current statement on file for this victim; it is from her father. The victim's parents have indicated that they wish this statement to be used by prosecutors instead of, and not in addition to, any prior statements. The prior statements prepared by the victim's parents can be provided upon request.

①

YOUR HONOR

GOOD MORNING AND THANK YOU FOR THIS TIME FOR MY VOICE TO BE HEARD. I KNOW THIS PERSON DID NOT START THIS NIGHTMARE FOR THIS FAMILY, BUT ALL THE SAME, IT HAPPENED. THERE ARE NO DO-OVERS IN LIFE, WE LIVE BY OUR SUCCESS AND FAILURES..... THAT'S LIFE! BUT IT IS THESE BOTTOM FEEDERS THAT ALLOW THIS SICK BEHAVIOR TO CONTINUE IN OUR SOCIETY. SOMEHOW - SOMEWAY WE MUST FIND A WAY TO DETER THIS BEHAVIOR FROM BECOMING MORE OF A PROBLEM IN THIS COUNTRY THAN IT ALREADY IS.

FIRST AS A PARENT OF A CHILD OF MOLESTATION AND EXPLOITANT AND SECOND AS A ███████ ...., I HAVE MY OWN IDEA OF JUSTICE, BUT THAT'S NOT ACCEPTABLE IN A CIVILIZED SOCIETY. SO HE IS LUCKY FOR THAT!!

NOW I'M SURE HIS ATTORNEY WILL COME UP HERE AND GO ON ABOUT A POOR UPBRINGING..... FATHER WAS NOT AROUND, MOTHER WAS ALCOHOLIC OR DRUG ABUSER - BAD NEIGHBORHOOD TO GROW UP IN, WHATEVER! TO MAKE IT APPEAR TO BE SOMEONE ELSES FAULT OR SOCIETY IN GENERAL FAILED HIM! FOR LACK OF A BETTER WORD.... THAT IS BULLCRAP!!! MY MOTHER RAISED MY BROTHER AND MYSELF WHEN OUR FATHER WAS KILLED →

IN A CAR WRECK WHEN I WAS ELEVEN, IN ONE OF THE WORST CITIES FOR CRIME ON THE EAST COAST - CAMDEN, NEW JERSEY! MY BROTHER AND I TURNED OUT JUST FINE, WE BOTH SERVED OUR COUNTRY WITH PRIDE, MY BROTHER IN THE ARMY AND MYSELF IN THE ████ SO TO SAY IT'S SOMEONE ELSES FAULT OR SOCIETIES FAILURE IS WRONG ON EVERY LEVEL. AS AN ADULT HE MADE A CHOICE TO ENGAGE IN THIS BEHAVIOR AND AS SUCH, SHOULD BE HELD SOLELY ACCOUNTABLE FOR THOSE ACTIONS, NO ONE ELSE

TO STEAL THE INNOCENCE OF A CHILD OR TO FEED OFF OF THAT IS NOT ACCEPTABLE! OUR CHILDREN ARE OUR FUTURE AND THE FUTURE OF THIS COUNTRY. IF WE CANNOT PROTECT THEM AND HELP THEM BECOME PRODUCTIVE MEMBERS OF SOCIETY AND SOMEDAY TAKE CARE OF US AND PROTECT US, THAN WE ARE ALREADY DEAD! OUR CHILDREN LOOK TO US FOR STRENGTH AND GUIDANCE, IF WE FAIL THEM NOW, THEN WE FAIL OURSELVES. YOU, YOUR HONOR HAVE THE POWER HERE TODAY TO SAY ENOUGH IS ENOUGH.

③

PLEASE YOUR HONOR, HERE TODAY
SAY ENOUGH IS ENOUGH !!

THANK YOU
RESPECTFULLY

Football (0)

### Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
   a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
   c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

# UNITED STATES ATTORNEY'S OFFICE

## VICTIM IMPACT STATEMENT

Case Name: ___

YOUR NAME: ___                                              *(Please print)*

How has this crime affected you/your life?___

_SEE ~~ATT.~~ ENCLOSED STATEMENT._
_I HOPE THIS HELPS._

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*Please continue your statement on additional sheet(s) of paper if you wish.*

Your Signature: ___

# Victim Impact Statement

**How has this crime affected you and those close to you?**

The question should be, "How is not affected you and those close to you?" Ever since the night two detectives showed up at my door, I have been overly cautious on everything. But before I discuss, how I was affected, I want you to know the timeline of the criminal events and what our actions to those events were. Understand that first you will hear about the physical events and I will try to explain the emotional and psychological events after that.

On ██████████████ two detectives showed up at our door or rather our garage door. We still had our hurricane shutters up on our house. The detectives banged on the shutters and we told them we would meet them at the garage. This was about 10:00 in the evening. After opening the garage door, they proceeded to tell us that they had ████████ in custody for child pornography on the internet and had reason to believe that our ████ year old son was a victim of other sex crimes as well. They did not want us to say anything to our son about it, but wanted us to take him to the Sexual Assault Treatment Center (SATC) in the morning to be interviewed. They also told us that he was not the only child involved and that our good friends and neighbors were also victims. We could not sleep well, if at all, that night. No surprise.

The next morning we took our son to the interview at the SATC. We lied to him and told him we were taking him to a doctor appointment with a different doctor. When we arrived, they put us in a room and let us watch a cartoon video while they got everything ready for the interview. The detective from the previous night came in and spoke to us. He asked my son if he knew why he was there. He said that he thought he was there to see a doctor. The detective told him that he was there to have a talk with him about ████████ He told him that ████████ was arrested and that he did not need to worry about ████ and that he wanted to talk with him about ████ He also told him that his friends and neighbors were also here and were going to be interviewed also. He said they were going to go into another room and talk and asked him if that was ok. He said it was. He left. We told our son that everything was going to be ok now and that he could talk to the detective. A few minutes later, our son went with the detective. After a while, it seemed like an eternity, he came back. We asked him if he was ok. He said yes and then we put the video back on. It was some Disney animated movie video. After about 10-15 minutes, our friends and neighbors came into the room. We, the parents, left the kids in the room watching the video and went to discuss the next steps with the detectives and the SATC.

We were told what had happened and that the kids told them a great deal of what they already knew from ████ They could not tell us what was said, because it could create a problem with the case. We asked if it was possible for ████ to get out of jail before the trial. They did not think so, but they don't make those decisions. It was decided that my wife and my friend's wife, would go and put an injunction against ████ so that he could not get within so many yards of our kids. We were told how to do that and also told that the press might get wind of this case because it is a sex crime. We all wanted to be informed of the case as it unfolded and wanted to know what was going on at all times. They told us if there was information that they could give us, they would contact us. They also wanted us back the next day to have the kids undergo a physical exam to make sure everything was all right with them.

We took our kids home and decided that it would be best to proceed with life as normal as possible for the kids. They were the victims and not at fault. We tried to speak with our son, but he was too embarrassed to talk about it. Within a couple of days, we went to the courthouse to petition for an injunction. We were told that ████ would be there to defend himself. We were also told to be prepared, because once they filed the charges against ████ the press would want to know more information. They also wanted to have coverage with his picture in case there were other victims. A couple of days later, the paper arrived and ████ picture was there. My friend and I were coaches in our sons' football program. We knew many people and coached many of their kids. Many of these people also knew ████ Many did not know him but new his face. As soon as the paper came out with the picture, many people approached us about it and

Page 1 of 7

## Victim Impact Statement

wondered what had happened. My friend had to deal with this more because ███ also worked with his construction company. We tried very hard to protect each others kids by not involving them. It was much easier to protect my son than it was to protect their son from all the questioning that came. After all, ███ worked for him and was closer to his family then anyone else. Many people did not know how close we were to each other.

When we went to file the injunction, ███ was there as expected. Our wives' petitioned the court and ███ concurred with their statements. The judge had no problem imposing the injunction with no time limit. We had taken the kids to school while we went to court. Afterwards, we went to lunch together and told each other that we were sorry for what happened and that we will do what we can for each other. We were told at the SATC that most friendships break apart and many people move when things like this occurred. While we are still friends today, I can see how this could easily happen. Our course of action with our son was to not run away from life but to confront it. We felt that this was more important than to change our lives and start new. We felt our son would be stronger for this, so we decided to stay the course and get on with our lives. After lunch, our friends left. He had to go to work and she had things to do. My wife and I were going to pick up the kids from school and bring them home. Before we got to the school, our neighbor called and said that a TV crew was there and they were trying to get interviews with us. She would not answer the door and told us to stay away. She would call us when they were gone.

My wife and I had to tell our work supervisors what had happened so that we would be able to get off of work when needed without too many questions or without jeopardizing our jobs. My wife worked for ███ and they worked great with her on this. It was not known by anyone at her workplace unless she told them. The company I worked for also granted me the time I needed. I don't think they knew how to react to this situation, although I am sure that they contacted the HR department for guidance afterwards.

That night, the TV crews had a story about two moms from our area who filed an injunction to protect their kids from the person arrested for sex crimes previously reported. This was on every local news channel during the 5:00 news, the 5:30 news, the 6:00 news, the 6:30 news, the 7:00 news and the 11:00 news. It was also repeated a few times over the next few days. Our football practice was at 6:00. Those that approached after practice wanted us to know how sorry they were and that if we needed anything to let them know. One parent called me during the 5:00 news and asked if everything was ok. After practice, she told me that many parents were talking and she and a few others told them that they needed to keep it quiet and to themselves. What would they think if it was their kid? They all agreed and were pretty much quiet about the whole thing. Besides coaching football, my friend and I were also board members of our ███ Only a few of them knew we were close and they also approached me and offered support. We were very fortunate to have friends that were there for us if we needed them.

As time went on, we had to attend counseling sessions at the SATC. This involved our older son as well. We told him what had happened the day we got back from the SATC with the first interview. He was ███ at the time and we were concerned that something may have happened with him. He assured us it did not. He was very pissed off when he heard. He had worked with ███ in construction over the summer and thought of him as a friend. We all had thought of him that way. We went to counseling every week for quite some time. My older son was the first to conclude his counseling. He told us he mostly had to learn to deal with his anger towards ███

Over the next 11 months, we were in and out of the District Attorney's office and the SATC. We were starving for more and more information on the case, the victims of similar crimes, and everything else that goes along with stuff like this. It is still hard to describe what this is. Sexual crime, Child Pornography, Sexual Abuse, Rape, Sexual Assault, whatever you call it, it was done to little boys somewhere between ███ and ███ age. ███ finally got 40 years on a plea. It was not enough, but it was chosen over seeing my son having to testify on the witness stand. Strange how a witness stand is called that, when many times it is also

## Victim Impact Statement

the victim that is called to testify against the accused to bear witness for the court. Maybe it should also be called something to the effect of a "Remember the horror you lived through and now many months later relive what you are hoping to forget so you can get on with your life" stand.

And now, four years later, we are asked to write a victim impact statement so that a jury can understand what a victim goes through. Four years later, we may be asked to appear before a court and explain just that, if the court for some reason does not accept these written words and must hear directly from the victims before the court on a "witness stand." I, however, do not mind telling the story, but I must ask that my son's identity be protected by the court. He is not ready to be put on display. He wants to forget the whole thing ever happened, but how can he? His hundreds of pictures are still being seen on the World Wide Web by people like the defendant. Why would any person want to see these kinds of pictures unless they are turned on by them? Imagine that. Are you sexually aroused by seeing pictures of children performing sexual acts with adults or with each other? I am talking about children. You know the kindergarten kind. The first grader, second grader, third grader. The ones who haven't even gotten to puberty yet. Or maybe they have just begun puberty, but do you get sexually excited looking at those pictures? Is it enough for you to masturbate with? I am sorry for being so graphic, but it is a reality we unfortunately have to deal with. Put these people away forever. There is no healing for this.

Now that you understand the physical logistical changes that previously occurred in our lives, maybe you can better understand what we went through emotionally. The fear, shock, and awe, followed by sadness, anger, remorse, regret, terror, paranoia, and horror we felt when those two detectives knocked on the hurricane panels. What do they want? Why are they here at this hour? Are your parents ok? Are my parents ok? Did someone die and could not reach us after the hurricane? No, they are just going to tell us that our son was sexually molested over the past year or two by a good friend of ours. No way. Are you serious? Of course they are, why would they make this up? Oh My God!!! Our little boy. Our baby. Where is this monster now? Can he get out of jail? Can you let him out and tell me when and where? God I want to kill him. Wait detectives, tell us again because we did not fully comprehend what you just said. Our son was or could have been sexually molested by ███████a good friend of ours. And he probably did the same to our other good friends and neighbors. Wow. All that from just the detectives coming over.

That night. Tears, questions, more tears, what do we do, more tears, we are lost. Can't sleep. Maybe a little. Whatever sleep we got it wasn't a sound sleep. Who can we talk to for advice? Who can we confide in tonight. No one. For tonight, we are all alone.

The next day. I Lie to my son. I never lie. I believe that no matter whatever happens in your life, the only sure thing you can control is your word. Keep it always. I preach this to my kids and now I am going to lie to my son so that he is not fearful of us knowing something is up. We go to the SATC. We are quiet. We don't know what to say or do while we are waiting. We know our good friends are here somewhere too. How are they? I am very concerned for them as well, but can't talk to them yet. I am sure that they feel the same way. How are they going to react? I hope they don't think it is their fault even though ███████was their good friend first and we trusted their judgment initially to leave our son with them. No, I don't really believe that but all kinds of crazy thoughts are entering my head now. I wonder if they knew and were part of it. No, that really sounds ridiculous. They wouldn't do that. Would they? Finally, the officer is here. My son seems ok but all very unsure. I don't know what to say or do. What kind of a father am I? I should know what to do. I am supposed to have protected him. I told him I would. Damn. I am a terrible person for allowing something this terrible to happen to my son. My son goes off for his interview. The SATC comes in and talks with us about what is happening and that we are not the only ones to go through this. It isn't our fault nor is it our son's fault. He and us are victims of a sex crime. They are there to help us. Thank God. Someone to tell us what to do. Please be good and do the right thing. I hope these people really know what they are doing because I really haven't got a clue. They explain the chain of events that may

Page 3 of 7

## Victim Impact Statement

follow. They also give us information about these types of cases. They set up counseling sessions. They give us information about coping. Good. Something to tell me something. I am thirsting for knowledge on the subject. Can't read it now though, our son is back. We are joined by our friends and their kids. Us parents go and talk to the people in the know and get the rundown of what basically happened. Our kids were sexually abused by ██████ and he was apprehended after information came through the internet crimes division. I didn't know we even had an internet crimes division at the time. Even though this division only had a handful of people for all of ██████ That is all. That sucks. They, in turn, acted quickly to obtain a search warrant which prompted the arrest of ██████ Through their investigation with ██████ he confessed to having committed certain things with the kids. ██████ had hundreds of pictures and many videos of our kids with and without ██████ and had sent them to others in a chat room. The Son of a Bitch. They wanted to gather information of what we knew of ██████ and get a better background of everything. What others he may have been in contact with, etc.

We spend some time with our friends and console each other and talk with the SATC people before we go back to the kids. We decide that the best course of action for all of us would be to try and keep things as normal as possible. We no longer know at this point what is normal, but we figured to just keep doing what we were doing.

I call my sister in ██████ She works with Children's services. She is a social worker. She will be confidential and get me the real information I need. How do I know if the information from the SATC is really any good. I need more advice.

We get home. We talk with our son along the way and again at home to let him know that he didn't do anything wrong and if he wants to talk with us we are there for him. How can we say this? If we were there for him it never would have happened. Anger is a strong feeling that continues to come back even through today. We try to make life as regular as before. Continue as normal with school and football just like nothing bad happened.

New things come up. My wife and I can't have sex for quite a while. We are repulsed by our imagination of what may have happened with our son. You see we don't really know what happened or what was in the pictures. Just that there were pictures and something happened. We try to talk through it but we just can't. My wife reveals to me for that she was molested by a teacher when she was a child. Holy Sh*t. She never told anyone but now certain feelings or images come to mind when we do certain things. Oh My God. Is this going to happen to my son? Was he ever touched by anyone else besides ██████ Now it becomes clear. I can't trust any of my friends or relatives. I become suspicious of everyone. I read the material by now and find that many child sex cases involved incest. Has my older son been involved? My wife? My friends? My brothers or sisters? Everyone I come in contact with has now become a potential child sexual predator with internet pictures and video of my son. Wow, I am paranoid. Better to be paranoid and my son safe than to ever let this happen again. I am still over cautious to this day. In fact, I became responsible for doing background checks on the volunteers in our ██████ program. I know it isn't a sure thing. After all, ██████ had no prior record so it wouldn't have done a thing, but it made me feel better that at least something was being done.

Now my family is under suspicion but I can't let my paranoia cripple me. As time goes by, I start to ease up. I start going to counseling at the SATC. They of course ask, how do I feel about this? What the H? How do you think I feel? Nevermind, don't say that. I feel awful. I feel guilty, I feel shocked still. I don't sleep well at night and we also have a sex problem. We decide it is best to see the counselor, separately. I find out that we have a big communication problem. Well, I knew that already, but I did not know how it affected my family. I would leave the counseling session feeling relieved and good only to turn angry later on. I was mad at myself and my wife. We had a lot of healing we needed to do. I had a lot of healing I needed to do. This took a few weeks for me to realize. I had things that I kept inside of me that I needed to

# Victim Impact Statement

discuss with someone and my wife is not always the person to discuss it with. Nor is she the one I need to vent to. We get angry at a lot of things and then take them out on the ones closest to us. This is something I had to change for myself. You could say that good came from this terrible event, but it wasn't the criminal act that brought on the good. The good was brought out by the people that work for the SATC, ███ and the DA's office.

I fear now that my child will never be able to put the past behind him. That his picture will show up somewhere on the internet. I fear that he will not turn out ok. That he will be on a date with a girl he loves and not be able to behave properly or be able to fully express his love because of the events that occurred when he was between 6 and 8 years old. I fear that somewhere down the line, his picture will again surface somewhere and force him to deal with this all over again and he won't be able to handle it.

I am angry that there are organizations out there who call themselves the North American Man/Boy Lover's Association (NAMBLA). I am angry that sexual crimes against children are not given the death penalty. I am angry that people think therapy will help these criminals. They are beyond help. They are the world's best manipulators.

We helped this guy do what he did because we did not recognize what he was doing. He was a great con artist. We trusted him. My son trusted him because we trusted him. He used that against us. My son thought that it was ok because Mom & Dad trust him so he should too. If he wants me to do something and I see other people doing things on the internet then it must be ok or Mom & Dad would not have him here. If others do it, and he gives me something for doing it then why not. ███ got my son to do things because it is easy to trick people who trust you. So now I trust very few people.

The question was "How has it changed my life?" How has it not is my reply. There is so much more I can say. I just am afraid to say more for fear that you will not take the time to read the words I have taken the time to write. After all, I am only a victim.

**Has this crime affected your ability to perform your work, make a living, run a household, go to school or enjoy any other activities you previously performed or enjoyed?**

I don't know if this has made a real affect or if I just don't think it has. Prior to this crime, I had worked in three career jobs. The first job was for 18+ years. The second job was for five years and I left it to go back to the first job. The third job I was in for four years. This crime happened during my third job. I was there for another year. Then I held another position for 4 months before beginning another. The next job was for just under a year. Now I am substitute teaching, while looking for another job.

I have refinanced my house and also taken out an equity loan. These were done to make bill payments. Previously, I refinanced my home once to purchase a new air conditioner, remodel our bathroom, and put tile and new carpeting throughout my current home. I also refinanced my home when we redid our pool deck and resurfaced our pool deck and front walkway.

Before ███ violated our lives, I was very heavily involved in my community. I ran our soccer program for our city. Our program was the largest in the ███ club with about 1400 children. I was involved in the Baseball, Basketball, and Football programs as well. I coached my kids in every sport and spent numerous hours volunteering for the ███ program. Now I only coach football and do the background checks.

I have also gained about 50 pounds.

Statement prepared by and for ███ on June 5, 2008.



6/5/08
Date

## Victim Impact Statement

6/12/2010

Here I am almost two years to the date, since I first wrote my Victim Impact Statement. I decided to add an addendum because there have been over 50 court cases involving my son in the past two years. In the past few weeks, about a 15 cases have been brought to our attention from US District Attorneys offices in Florida, Georgia, Texas, Indiana, New York, Minnesota, Nevada, Hawaii, and others. Every single one of these cases is a travesty in itself as long as one single picture of one single child is involved in any sexual case. Here I am, still haunted by a memory that will never fade. Just when you think it might be over, another one comes along. How do I find out about these? These letters arrive in the mail from the USDAO to inform us of what is going on. Why do I get these? I choose to be informed about anything that involves my family. I will never be blindsided again. The problem is that I fear my son will be bringing the mail one day and just be destroyed.

About two to three weeks ago, I spoke to him about these cases. I wanted to know if he wanted to help put these guys away. I told him that he could write a statement explaining how he felt and what he went through when it happened so that the judges and juries in this world will get to hear about it first hand from an actual victim who survived. I asked him if he wanted to talk about it and he got very angry. I told him that I would still get this kind of information because I needed to know. I don't know why I want to know but I just need to know. I want to do something about it but I don't know what. He again got very angry and said he did not want to know anymore about it. He did not want to talk about it. He did not want me to ask him or tell him anything about these cases or about what he went through. It was the most upset I have ever seen him get. I was stunned at his reaction. You see, he is not a kid anymore. He is growing into a young man. He is ▮▮▮▮ He has grown quite a bit since this happened. He does not look at things like an innocent child who can be caught off guard. He is working out with weights. I don't think he ever wants to be put into a situation where he cannot defend himself. My concern is not the physical defense that he will have but rather the emotional and psychological effects that may come about one day. It seems to me, that he has never dealt with what happened but rather tried to just put it out of his mind. The reaction he gave me when I asked him about these cases leads me to believe this. I told him I was sorry for bringing these thing sup and that I would not ever do this again. I also told him that if he ever needs me to be there for him, I will be this time. I told him that I love him. With that, I ended the discussion and we moved on to something else.

These cases are all about the same story. Some perverted individual gets off on sexual acts involving children. Each one comes with information about the victim's rights and what action the victim can take to help in a case if the victim wishes. It says that the victim can petition for restitution. I don't quite understand this one. What is the expense incurred for pain and suffering? I can understand petitioning to be reimbursed for expenses incurred, but what expense does one incur in the knowledge that you or your child must bear the burden of being victimized by SCUM for the rest of your lives? How is it that we are victimized for the rest of our lives? Every case is a permanent testimony that your life is about to be turned inside out again. Knowing that not only has your child has been victimized by someone you have never met or seen or even heard of before, but that you are going to get this sick feeling in the pit of your stomach again. The only solace is that maybe the judge or jury will not let this one get away with it. Maybe they will stand for the victim(s). Maybe, just maybe, this SCUM of a person will actually get the death penalty or if you don't believe in the death penalty, life in prison with no chance of parole. Whoever the defendant is, this SCUM of a person has an attorney to defend them. What or who did the defendant have to defend them? Some of the evidence is so grotesque, you can't help but wonder if it is real. I can tell you it is. My son would tell you also, but he cannot do that yet. I wonder why? Perhaps it had such an effect on him that he can only run from it and not face it. Thanks SCUM. Perhaps it is the knowledge that it will never end. Is there a price for Restitution on that? I said in my original statement, that I feared "That his picture will show up somewhere on the internet." Well it did; many times over in just two years thanks to SCUM like the defendant, who has an

## Victim Impact Statement

attorney is their corner to defend them. I understand that an attorney is needed to provide for a fair trail, to defend those might be innocent, but what is innocent about have a child's picture either on your computer, printed out, in a video, or whatever. This is not an innocent act that this adult defendant has done. Well, maybe it is the first time this defendant has ever done or had anything like this. It might have been ██████ first time also, but think hard about this. It could also be the first time this child has been a victim of a sexual crime at the age of ......does it really matter what this pre-pubescent child's age is? Maybe the child needs to be victimized more than once for there to be a harsher penalty. Maybe the child needs to have been photographed or videoed in multiple pictures or filmed doing unspeakable acts in order to say, "Hey, let's not let this SCUM of a person off so easy this time." How many pictures does one need to have before we say, "OK, the SCUM was only checking it out, the SCUM was just curious." Come on, how many times, does a victim need to be a victim or victimized before you say, "That's it. You get the death penalty or life in prison with no chance of parole." My son happens to be alive. What about those who are not identified in pictures or on videos? Where are they? Are they at home with their family, growing up to lead a normal life or did they just disappear? Are we doing our part to stop this by not severely penalizing the true SCUM of the earth? If you do not do your part then this problem will continue to grow. I AM A VICTIM OF A SEX CRIME. My son has been violated. I am real. My son is real. Putting the SCUM away will NEVER change that, but it is one step closer to saving someone from being a potential victim. RESTITUTION? I don't believe that any amount of money will ever give the innocence back to a ██ year old boy who is now ██ but maybe it will help him get the kind of help he will need when he finally comes face to face with his NIGHTMARE. His dad may not be there when that time comes and hopefully it won't prevent him from having a life filled with Love and children of his own.

Statement prepared by and for ███████████ on June 13, 2010.



_____  6/13/2010
                                    Date

PS-Something I left out that victimizes me and my wife a few times every year. The discovery of the events with ██████ and the subsequent hearings and statements all occurred on special dates. They are the anniversary of our first date, our wedding, and our birthdays. All because of something someone did to my child for the first and hopefully only time ever.

*Dalmation (Kyle)*

## Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
   a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
   c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

**Multiple Victim Series Disclaimer:** ███████
Current as of October 9, 2014

The ███████ series has eleven identified victims. There are three victim impact statements on file. Two are from victims and the third one is from two victims' family. In order to ensure that the victim impact statements for this series correspond to the child[ren] in the photo(s) you have charged, please contact the case agent for this series and have him or her identify the child[ren] in the photos you have charged.



### Victim Impact Statement for the School-Aged Child

What is your name?

How old are you? ▮▮▮   What grade are you in? ▮▮

Please explain briefly what led to you originally being victimized or assaulted. You can continue on another piece of paper, if necessary, to answer this or any other question.

I mett him at the fair and the next yea we mett through a friend. hangeout at his house. he told the other kids to get us involved

Explain how your life has been affected by having images of your victimization viewed and downloaded by others from the internet and from knowing this is likely to continue occurring.

makes me feel embaressed don't really tell any body don't like to talk to Police

What sentence would you like a judge to order for someone caught sending, receiving or possessing sexually explicit pictures of you?

humped to deth by a horse and make the best aids and die

Describe any psychological or emotional long term effects that have occurred, and/or you expect will continue to occur, as a result of the defendant sending, receiving or possessing sexually explicit pictures of you. Don't have any

Is there anything else you would like the judge to know about how you feel because of what has happened to you? that they all should get hump by a horse and get aids and get std and all the other kinds of sickness is in the world

(Keven)
Delmatins

## Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
   a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
   c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

### Multiple Victim Series Disclaimer: ████████
Current as of October 9, 2014

The ████████ series has eleven identified victims. There are three victim impact statements on file. Two are from victims and the third one is from two victims' family. In order to ensure that the victim impact statements for this series correspond to the child[ren] in the photo(s) you have charged, please contact the case agent for this series and have him or her identify the child[ren] in the photos you have charged.



### Victim Impact Statement for the School-Aged Child

What is your name? ▮▮▮▮▮▮▮
How old are you? ▮▮▮▮▮ What grade are you in? ▮▮▮▮▮

Please explain briefly what led to you originally being victimized or assaulted. You can continue on another piece of paper, if necessary, to answer this or any other question.

I Mett him at a fair and the next I met him
year through my brothers Then we
yang out at his Hause nill Tou
one of them to get me involved whit
it.



Explain how your life has been affected by having images of your victimization viewed and downloaded by others from the internet and from knowing this is likely to continue occurring.

it makes me feel in bembarressed
and I dount like people haveing
me on the internet.

What sentence would you like a judge to order for someone caught sending, receiving or possessing sexually explicit pictures of you?

10 year in jail



Describe any psychological or emotional long term effects that have occurred, and/or you expect will continue to occur, as a result of the defendant sending, receiving or possessing sexually explicit pictures of you.

*Some people doun't forget*

Is there anything else you would like the judge to know about how you feel because of what has happened to you?

*Tortured*

*Dalmatins Clarksboro*

## Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
    a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
    a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
    b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
    c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
    d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
    a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
    b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
    c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

### Multiple Victim Series Disclaimer: ████████
Current as of October 9, 2014

The ████████ series has eleven identified victims.  There are three victim impact statements on file.  Two are from victims and the third one is from two victims' family.  In order to ensure that the victim impact statements for this series correspond to the child[ren] in the photo(s) you have charged, please contact the case agent for this series and have him or her identify the child[ren] in the photos you have charged.

*1*

### To whom it may concerns

I apologize for not being there today my work in California has kept me there longer than I expected, but I wanted my voice to be heard all the way across this country. I can't begin to tell you how this situation effected myself and my family, there are so many effected, truth, responsibility and justice are words thrown around every home and school around this country, what do they really mean, How do you tell a child whose been manipulated, terrorized and victimized that everything would be ok, how do you tell that same child, tell the truth and justice will avail and the person responsible will pay for there action, when the person is still manipulating and victimizing from jail using court system. As the law has it set Mr. ███ has more rights than my children, I find this really troubling. I could not believe what I was hearing when the district attorney called to tell me ███ had wanted to take the plea agreement that had stood from day one day two there should have been no deal on the table anymore, for my self hearing 50 years was like a slap on the face as to everything I have taught to my children since they were young. With truth justice will prevail I don't think any of us think 50 years as justice. Regardless of the demise of these monsters in this case. With a 50 years sentence, the thought in Mr. ███'s head must be someday I could still get out. The authorities should not have allowed that thought to have entered his head.

I know with time, counseling and the love of their families all the people affected by this will move on with their lives – Mr. ███ has not won. I pray that anyone investigating, prosecuting, or judging this case never has to hear from a child close to him or her, that someone has sexually assaulted him or her. It leaves a knot in your stomach and a hole in your heart that can never be fixed, anyone who says they understand how you feel, and has never had a child close to them sexually assaulted, can't even imagine until it happens to you, you have no idea. I don't know if a thousand years would make me feel like justice has been served. But for the crimes that Mr. ███ has committed 50 years seems like a slap on the wrist. Mr. ███ has hasn't just taken the hope and dreams of 12 children and how many more that have not come forward. He has taken the hopes and dreams of our future and for that no amount of time could be justice enough.

All I can hope is Mr. ███ gets his justice in prison. I thank the court for the time at least to be heard and I hope the court decides 50 years is not enough and sentences Mr. ███ to a harsher, tougher sentence that sends a

message to all offenders like him that they cannot get away with this kind of behavior.

*Blue Pillow*

## Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
   a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
   c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

**Series Disclaimer:** 
Current as of May 6, 2014

This victim impact statement includes a general request for restitution in a Financial Impact Statement. The guardian is working with an assigned Victim Witness Coordinator to submit additional documentation regarding restitution. At this time the department has not received any documentation to support the claim for restitution, however once received, the field will be advised and the documentation made available. This victim/guardian should not be contacted for the purpose of obtaining restitution information. Please coordinate inquiries with Samantha Brunick with the Executive Office for U.S. Attorneys, (202) 252-5831.

If you have any questions about restitution on behalf of this victim, please contact Alexandra Gelber with the Child Exploitation and Obscenity Section at (202) 514-5780.

Victim Impact Statement: ███████████

The reason I am writing this is so that you know how this affected me and my goals in life. It's also about how I have to wonder day by day why people look at these pictures even though they no the consequences and do it anyway not caring how if effects the person in the pictures life.

It makes me so frustrated that I can't live my life as a teenager and have a Facebook or MySpace because people might see my face and recognize me from all the pictures on the internet of me. I had to give up modeling and acting because if someone saw my face on t.v. or on a billboard they might say something and it gets out to the whole world instead of just a few people knowing.

I also have to constantly worry about if someone at school or someone I know finds out and goes home and look up the pictures and see them it would be not only uncomfortable for the both of us but the person might tell someone who tells another person the soon enough the whole school know. All these this I have to worry about add stress just because of stupid picture that people look at and make my life harder for once I want to live a normal life with dreams in hopes of reaching them and now I can because of these picture. It's my life and my body and I should have control over it not other people!!!!!!!!!!!!

Victim Impact Statement: ███████

I am the mother of the girl depicted in this series of photos. I can not put into words how much our lives have been affected by these by I am going to try.

The photos were taken by her father. He seemed to be a good father, person & citizen, probably a lot like the person in the case where this statement is being used. In fact, he was one of my best friends. I was there when his other daughter was born and he was the first person at my house the morning my father died. We celebrated birthdays & holidays together & everyone commented on our great relationship & what an involved father he was. I knew he had a dark, moody side but when we met he was 24 & I was 21 & I knew I had grown up since we met and figured he had too because this side was rarely seen as we got older.

Looking back I wonder if I should have seen something was off or somehow figured out what he was doing during his visitation with her. But everyone has been stunned by this – family, friends, even his own wife was in the dark.

I have always been the mom who volunteers at school or with Girl Scouts, drives the carpool and takes her to the bus every morning. I protected her from everyone in the world except for the one person I never thought I would have to. But I felt secure in the little bubble I had created for us. Now, I freak out whenever I see someone has put her picture on a public forum. At the beginning of the school year I cried when I was filling out the forms that came home the first day because I had to put an X in the box that said her images could not be used in school publications. She was an aspiring model and actress whose dreams were cut short because some pervert might see her and recognize her from these photos.

I hope the people who have willingly looked at these photos think about the fact this was a child. How would they feel if this was their daughter or granddaughter or niece? Passing them on is worse because by people looking for them it creates a demand that jerks like her father feel the need to fill. If people would not look for this stuff, people would be less likely to want to make it. But as there are perverts in the world this will continue.

My daughter has lost her childhood because of these photos. I will do my best to make her life as normal as possible but there will always be the threat of not knowing who has these photos or who has seen them hanging over our heads. She will always have to live with the knowledge that her father didn't love her unconditionally but exploited her for his own pleasure and put the desires of a bunch of perverts ahead of her well being. Nothing can change that but putting the people who engage in this behavior is a start. I hope they sit in their cell & wake up every day know they are locked up because of their own bad choices and that the repercussions of a few minutes of pleasure for them have ruined the lives of a lot of people. I won't let what happened ruin my life or my daughter's life but I will do anything and everything I can to help punish the people who tried to make us their victims.

**Financial Impact Statement:** ████████

I am writing this as an attachment to my Victim Impact Statement in hopes that the financial implications of these photos can be considered as well.

I am a single mom raising my daughter on my own. I am fortunate to have a good job with benefits and a management team who has made exemplary accommodations for me to take care of my daughter since the existence of these photos came to light. Sadly, there have been many financial sacrifices and expenses that I have taken on the burden of.

The most obvious is the loss of financial support from her father, the producer of the materials. Not only did I lose child support but he was responsible for 50% of all of her medical expenses that were not covered by insurance. Since his arrest I have had to pay all of the medical expenses and hope that they get covered by the Victims Compensation Fund. We have been fortunate so far but her counseling and medications are going to be needed far beyond what their services provide. With a $1,250 per person annual deductible, it is going to be a burden to make sure she gets the treatment she needs. In addition, she has been diagnosed with trauma-induced ADHD, Post Tramatic Stress Disorder and borderline Dissociative Identity Disorder. She is currently on Vyvanse, 50mg, for treatment of the symptoms that come with her diagnosis but that could change as her body changes. I will also have to get her tested for HIV & STD's annually to make sure nothing was transmitted to her during the acts depicted in the photos.

I strongly feel that anyone who participated in the possession or transmittal of the photos should share in the financial burden of treating her. Maybe if everyone who thinks it doesn't hurt anyone had to face the fact that these images are of real kids they would think twice. But until that happens make them pay not only monetarily but with time away from their lives and with the stigma of being labeled a child pornographer. Maybe hitting their pocketbooks and affecting how they live will help drive the point home.

| Case Name: | US v. Stuart Whitta | Conviction Date: | 01/29/2016 |
| --- | --- | --- | --- |
| Docket#: | 1:16CR07 | Request Date: | 04/28/2016 |

*Barracuda*

### Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.
2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
   a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.
3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
   c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.
4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

To Whom It May Concern:

I am writing this letter on the behalf my █ year old son who was a victim of child sexual abuse and child pornography.

When my son was about █ or █ years old he would spend the night at his Aunt ███ house. Aunt ███ has a son who would invite his best friend over unbeknownst to anyone this is when the sexual abuse began with my son. This young man would come over frequently; he would take pictures of my son in different sexual ways and exploit them on the internet. Now those photos maybe in the hands of numerous sex offenders, which is very disturbing.

Every day of our life we will have to live in constant fear that someone will see my son's pictures and recognize him and that he will be humiliated all over again. It hurts me to know that someone is looking at my son – when he was just a little boy being abused for the camera. He did not choose to be there, but now his pictures will be there forever. I wish I could erase all those images off the internet, but I can't I am powerless to protect my son from those images out there.

**The truth is my son is being exploited and used every day and every night somewhere in the world by some sick individual. How will my son and I ever get over this when the crime that is happening to him will never end? How can my son and I get over this when the shameful abuse he suffered is out there forever and being enjoyed by sick individuals?**

We will not know the exact effect this will have on my son until he enters his teenage or adult years. All I know is he has been robbed of his innocent childhood. My son's childhood should have been protected and was not due to this young man's sick behavior and other sick individuals out there.

We are horrified by the thought that other children will probably be abused because of my son's pictures. We wonder will someone show my son's pictures to other kids, to show them what to do for the camera? Will they see my son and think it's okay for them to do the same thing? Will some sick individual see my son's pictures and then get the idea to do the same thing to another child? These thoughts make us very sad because we have to live every day with the abuse my son has suffered.

I am making this victim impact statement even though we are scared for my son that these people who have hurt him will continue to hurt him. I want the court and judge to know about my son to protect other innocent children from the horrible abuse my son has suffered in his young life. What happened to my son hasn't gone away and it never goes away, these are things that mentally live on inside. My son is a real victim of child pornography and sexual abuse that will affect him every day of his life. These horrible acts are something a child doesn't forget, shame on those sick individuals who take his innocence away for their sick pleasure.

Please think about my son and about his life when you sentence this person to prison. Why should this person, who is continuously abusing my son, be free when my son is not free?



Victim's Father

"BulletGirl - A"

### Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
    a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
    a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
    b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
    c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
    d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
    a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
    b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
    c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

I wish I could close my eyes and it would all go away, but all I see are flashbacks. There is so much anger, confusion, and sadness built up in me. After being depressed, I realized the raw truth in this situation, that I couldn't hide from it and it wasn't going to disappear. I've had to live my life pretending to be happy like nothing is wrong. I hold it all inside. My privacy and myself has been violated and my pictures are on the internet all over the world. It's an undescribable horrible feeling. I don't understand why people ruin lives like this just for their own personal pleasure. The pictures they see of the children are actually real people. They grow up to live their lives just like everyone else. I am one of them and I didn't ask for this. This has impacted my future because I try not to live in the past. All I can do now is move forward. I can't let it consume my life and I try not to let it hold me back. It's not easy to explain to my friends the things that have happened and I know it has affected their lives too. I sometimes get so mad about the smallest things because I have anger bottled up inside of me. I've missed school for days when I feel like staying under the covers and not talking to anyone. It's not easy having to go downtown all the time in the past on ... once to answer

questions about things that I really
don't want to talk about, and going
through court, Because of someone
else's decisions and actions I had to
suffer, my sister had to suffer, and my
family had to suffer. All because of
one person. People say one person can
change your life, usually for the better,
and that's true, But why should one
person have that kind of power? To
affect someone's whole life, not for
the better, but for worse. Even though
I've tried so hard to forget there's
not a day that goes by that it
doesn't affect me. If it's that I
break down into tears all of a sudden,
I don't talk for a day, I get random
flashbacks, I have horrible nightmares,
or I have to tell someone that my
dad isn't around. Because my own
father was the one that did this to
me and my sister. Now the pictures
are spread all over the internet, and
unfortunately it's beyond my control.
I do try to forget, but that's still
not going to take back anything that
happened.

9/10/2010

*BalletGirl_H*

### Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
   a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
   c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

The things my father did have greatly affected the lives of my family and I. Pictures of me and my sister are all over the world on the internet. There is nothing we can do about it now except find the people with them, and give them great punishment. I don't think anyone knows what going through this is like unless they have gone down the same path. It is very troubling knowing that our pictures are still out there for nasty, sick, perverts to look at. I don't see how somebody can do that and not feel horrible about it. The pictures they are looking at are of real people. People like me and my sister who are completely mortified that this has happened to them. When I take a look at my part... I am not proud, most of it I try not to remember but I do. All I can say is that none of this is my fault and I had no control over it. But I still cry sometimes at night wishing I could have done something, anything, for this to not have happened.

8kids(Patrick)

## Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
   a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
   c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

### Multiple Victim Series Disclaimer: ██████
Current as of October 9, 2014

The ██████ series has eight identified victims. There are two victim impact statements on file. One is from a victim and the second is from the adoptive mother of three of the victims. In order to ensure that the victim impact statements for this series correspond to the child[ren] in the photo(s) you have charged, please contact the case agent for this series and have him or her identify the child[ren] in the photos you have charged.

I am a young man who is a victim of child sexual abuse and child pornography. My life has been forever changed because of this abuse. Unfortunately, the images from that period of abuse continue to be shared throughout the world.

The sexual abuse began when I was only ███ years old. My brother and I were placed in the foster home of ████████ in January of ████. We lived with our abuser until March of ████, with five other boys in the house. Under ██████████'s care, we were both sexually assaulted and photographed by him on almost a daily basis.

The sexual assault and abuse I experienced with my abuser included a wide range of disturbing sexual acts, including oral and anal rape, urination, and masturbation. ██████ photographed almost 800 graphic sexual photographic images of us and shared these pictures on the internet with like minded perverts.

I was asked, well how did this particular defendant victimize me? Each time someone downloads the pictures showing me being raped and abused I picture some pervert enjoying self gratifying pleasure from my pain. Each victim notification envelope represents someone who either monetarily or sexually profits from me. Each victim notification envelope represents a confirmation that those images of my suffering are still being viewed. How can I escape them?

This is not Napster, where people pirated music for free. Nor is it bootlegging a movie released in the theater. When people are caught downloading music and movies illegally, they are fined in order to protect the musicians and actors. This ensures the actors and their backing corporations are compensated and protects those industries by deterring others from criminal activity.

No, the distribution of child pornography is considerably worse than illegal downloading music or bootlegging movies. Listening to music is legal and is enjoyed and accepted in our culture. Child pornography delves into the sick and distorted world where children are sexually abused for the pleasure of an adult. Who is protecting me from this vicious cycle?

I don't know what the future will hold. This makes me angry and sad to think that someone else is profiting off of my pain. Currently, I am homeless. I did poorly in school and cannot hold a job. If I apply for a job that needs a background check, I am worried that these pictures will surface. What if someone recognizes me, what if someone finds out?

When a market exists for child pornography, it will continue. I am constantly victimized, knowing the awful truth that I can never escape these photos or the people that profit from them both sexually and monetarily. I know I need counseling but I cannot afford it. My life continues to get worse, not better. My abuser stole my childhood and each of these defendants, who posses and distribute pictures of my abuse, steal my life. Each of these defendants keeps the cycle going by keeping the pictures circulating. I do not think I will ever fully heal until these graphic pictures are removed from the internet. Until then, this painful cycle continues.

*8 kids (Dugsboro)*

## Guidance for Use of Victim Impact Statement

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy.

If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General must take and 'investigate complaints relating to the provision or violation of the rights of a crime victim' and discipline may be imposed upon the employee for a 'willful or wanton' failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. 45.10.

Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, and includes specific procedures to protect the child's privacy.

To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

1. When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

2. Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.
   a) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately for each and every individual defendant being sentenced.

3. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):
   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.
   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy as those documents are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.
   c) Prosecutors should avoid, where possible, referring to identifying information about the victim in open court.
   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

4. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:
   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or
   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).
   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

## Multiple Victim Series Disclaimer: █████
Current as of October 9, 2014

The ████ series has eight identified victims. There are two victim impact statements on file. One is from a victim and the second is from the adoptive mother of three of the victims. In order to ensure that the victim impact statements for this series correspond to the child[ren] in the photo(s) you have charged, please contact the case agent for this series and have him or her identify the child[ren] in the photos you have charged.

I am the adoptive mother of three boys, ██ , ██ , and ██ , who were victims of sexual abuse and child pornography. ██ is currently ██ years old. ██ and ██ are twins and are currently ██ years old.

This horrible nightmare began when the boys were young. In 2002, the boys were only ██ and ██ when they were removed from their biological parents due to abuse and neglect and placed into the foster care system. In September of 2003, the boys were placed with ██████ a licensed foster care provider. This placement is where our family's true nightmare began.

While under ████████ care, all three boys were sexually assaulted and exploited by ████████ . ██ began sexually assaulting the boys shortly after their arrival. He would remove the boys from their beds, carry them into his bed, and molest them throughout the night. Sometimes he would rape them in their own beds. This foster care was not a home; it was a house of horrors.

Along with our boys, there were five other boys in and out of the foster home. ██████ took nearly 800 graphic pornographic images of the boys and shared these disgusting images throughout the internet with other perverts. These pictures depicted a wide range of forced sexual activities including photographs of the boys being sexually molested by ██████ and the boys in forced sexual activities with one another. These images included oral rape, anal rape, masturbation, urination, sexual pleasure from feces, and even brother with brother. The children were small, and the man was big- the photos are shocking and horrific. Every single one of these photographs invokes a memory of what should have never been. Permanent reminders of perverted sexual victimization.

These assaults were so horrendous and so terrible; I had hoped and prayed that our boys would never have to relive these nightmares again. Unfortunately, I was wrong.

Every time a deranged pervert posts and reposts these graphic images of our sons, our nightmare occurs again and again. For I know that someone is deriving sick sexual pleasure from viewing pictures of my sons being raped. Every time that another pervert gets caught with my sons' images, the nightmare occurs all over again, again, and again. Unfortunately, with this, the healing process will never be complete.

These pornographic images will always hang over my children's heads and follow them throughout life like a dark cloud. This nightmare could end if these perverts were to stop sharing these photographs but they do not. Instead, they continue to exploit my sons' rapes and abuses by sharing these photographs with other like minded perverts while obtaining their own sexual gratification. The more these photographs are disseminated throughout the internet, the greater the chance that my sons friends and acquaintances could find out about their abuse, victimizing my sons over and over again. I know my sons deserve better than to live under these shadows of fear, undeserved guilt, shame, and self-loathing.

Since my sons became victims, both initially and now, our family has had to learn a lot about this other world, the world of child pornography. What message do we send by not punishing these perverted voyeurs? That it is acceptable in our society to continue to spread explicit photographs of living children being raped and exploited? At a bare minimum, the defendant should compensate my sons for taking advantage of their abuse, as well as keeping these horrendous photographs alive and actively traded on this seemingly indestructible internet.

In days gone by, photographs such as these would be destroyed- burned into ash. My children's memories of the horrors visited upon them could dim over time and healing could truly take place.

With people such as this defendant, actively seeking, purchasing, collecting, trading, and gratifying themselves with these horrific depictions of child rape, memories of these events are kept alive and nourished by this vile sickness of human spirit. A victimless crime? Hardly.

People may think, that the only victim of child pornography is the child himself and that the viewing of the pornography is remote in time, distance, and proximity from the child rapes themselves. My entire family is a victim of this child pornography. Our children are certainly impacted by the knowledge that other people are enjoying themselves with pictures of our children's rape and torment. We are likewise stressed to no end with helpless fury at the thought of what these people are doing with these photographs of our kids. Every time our family learns of another case our hearts sink once more. Will the torment ever end?